IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NICHOLAS D. TERRELL,

Plaintiff,

v.

MADISON COUNTY SHERIFF'S DEPARTMENT, *et al.*,

Defendants.

Case No. 17-cv-587 JPG

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 21, 2020**        **MARGARET M. ROBERTIE, Clerk of Court**

                                                     **s/Tina Gray, Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**